**CANDIS MITCHELL**
California Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Email: Candis_Mitchell@fd.org

Attorneys for Mr. Jesus Manuel Lucia-Escamilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR1784-JLS |
| Plaintiff, ) | DATE: JUNE 20, 2008 |
| ) | TIME: 9:00 A.M. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| **JESUS MANUEL LUCIA-ESCAMILLA**, ) | |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time for filing Mr. Lucia-Escamilla's <u>SENTENCING SUMMARY CHART</u>, to two (2) days, to be heard June 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard.

                                        Respectfully submitted,


                                        *s/ Candis Mitchell*
DATED: June 18, 2008                    **CANDIS MITCHELL**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Jesus Manuel Lucia-Escamilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1784-JLS |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **JESUS MANUEL LUCIA-** | ) | |
| **ESCAMILLA**, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

>Mark Conover
>Assistant United States Attorney
>880 Front Street
>San Diego, CA 92101

and mailed to:

>Jesus Manuel Lucia-Escamilla
>Reg. No. 99099-198
>MCC San Diego
>808 Union Street
>San Diego, CA  92101

Dated: June 18, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org