UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1784-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| **JESUS MANUEL LUCIA-ESCAMILLA**, | ) ) ) | |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore, **IT IS HEREBY ORDERED** that time for filings defendant's SENTENCING SUMMARY CHART in the above-entitled action be shortened to one (1) day, and that the matter be calendared for hearing on June 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard.

DATED: June 19, 2008

Honorable Janis L. Sammartino
United States District Judge